# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Miguel Baires,<br><br>             Petitioner,<br><br>v.<br><br>United States of America,<br><br>             Respondent. | No.  CV-14-00498-PHX-PGR<br>       CR-10-01858-PHX-PGR<br><br>**ORDER** |

The Court having reviewed de novo the Report and Recommendation (Doc. 32) of Magistrate Judge Bridget S. Bade, filed on October 8, 2015, notwithstanding that no party has filed an objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 32) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. 8) is dismissed as untimely.  The Clerk of the Court shall enter judgment accordingly.

IT IS FURTHER ORDERED that the Motion for Leave to Amend (Doc. 27) is denied.

IT IS FURTHER ORDERED that no certificate of appealability shall be issued

and that the petitioner is not entitled to appeal *in forma pauperis* because dismissal of the Petition is justified as untimely and reasonable jurists would not find this procedural ruling debatable and because Petitioner has not made a substantial showing of the denial of a constitutional right.

Dated this 4th day of January, 2016.

/s/ Paul G. Rosenblatt
Paul G. Rosenblatt
United States District Judge